FILED BY _N__ D.C.

2005 JUN 28 PM 2:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| Prob22 (Rev 3/98) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:94CR20256-015 |
| | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE | DISTRICT Western District of Tennessee | DIVISION Western |
| Marcelia Jarmillo 12720 Brant Rock #111 Houston, TX 77082 | NAME OF SENTENCING JUDGE Honorable Julia Smith Gibbons | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/04/04 | 09/03/08 |

FILED BY _____ D.C.
04 DEC -3 AM 9:42
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**OFFENSE**
Attempted Possession of 10 Kilograms of Cocaine with Intent to Distribute; 21 U.S.C. § 86

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Western District of Tennessee (Memphis)**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Texas (Houston)** acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/2/04
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Southern District of Texas (Houston)**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/6/05
_____
Date

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 928 in case 2:94-CR-20256 was distributed by fax, mail, or direct printing on June 29, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT